**CATAFAGO FINI LLP**
*Attorneys at Law*

One Grand Central Place
47th Floor
New York, NY 10165

tel: 212-239-9669   fax: 212-239-9688
www.catafagofini.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023

May 5, 2023

**VIA ECF**

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Hochfelder v. Pacific Indemnity Company*, 1:22-cv-02012 (MKV)

Dear Judge Vyskocil:

I represent Plaintiff Lynda Hochfelder in the above referenced action. I am writing to respectfully request an adjournment of the Initial Pretrial Conference scheduled for June 2, 2023 (*see* Doc. 22) due to my travel plans on June 2 and June 3.

Counsel for Defendant Pacific Indemnity Company consents to this adjournment but is unavailable on the following dates in June and July: June 4-June 9, June 22, June 23, July 17-19, July 21. Additionally, I am unavailable the morning of June 29. Counsel for both parties are available all other dates and times in June and July.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Jacques Catafago*

Jacques Catafago

GRANTED. The Initial Pretrial Conference scheduled for June 2, 2023 is hereby rescheduled to July 7, 2023 at 2:30 PM. The conference will be held via Microsoft Teams. The parties should dial (646) 453-4442 and use Conference ID: 107 966 357#. SO ORDERED.

Date: 5/10/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge