**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LYNDA ARNET HOCHFELDER,

                           Plaintiff,                        **22-CV-2012 (MKV)**

          -against-                                        **ORDER**

PACIFIC INDEMNITY COMPANY,

                           Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Thursday, July 20, 2023, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
               July 10, 2023

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge