```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA ARNET HOCHFELDER,

                Plaintiff,

-against-

PACIFIC INDEMNITY COMPANY,

                Defendant.

1:22-cv-2012 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 7, 2023, the Court entered a Civil Case Management Plan and Scheduling Order in this action. [ECF No. 28]. The Court directed that "[w]ithin three days of any settlement conference, the parties should file a Joint Letter on the docket, advising the Court of the status, but not the substance, of settlement discussions." [ECF No. 28]. A review of the docket indicates that a settlement conference was held in front of Magistrate Judge Valerie Figueredo on October 5, 2023. To date, the parties have not filed a joint letter on the docket.

Accordingly, IT IS HEREBY ORDERED that on or before October 24, 2023, the parties shall file a Joint Letter on the docket, advising the Court of the status, but not the substance, of settlement discussions.

**SO ORDERED.**

**Date: October 17, 2023**
**New York, NY**

                                      _____
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**